UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **COLLEEN SCHOENLEIN** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:22-cv-01399 |
| | § | |
| **STARBUCKS CORPORATION D/B/A** | § | |
| **STARBYCKS COFFEE COMPANY** | § | |
| *Defendant* | § | |

## PLAINTIFF'S DESGINATION OF EXPERT WITNESSES

Plaintiff Colleen Schoenlein, by and through her undersigned counsel, hereby designates the following non-retained expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2):

### PLAINTIFF'S NON-RETAINED EXPERTS/HEALTHCARE PROVIDERS

All medical personnel are expected to testify regarding their education, experience, and credentials as physicians or healthcare providers. These witnesses have reviewed the records of Plaintiff and/or examined Plaintiff. These witnesses will testify concerning their diagnosis(ses), treatment recommendations and prognosis(ses) for Plaintiff, and the reasonableness and necessity of the charges for professional services rendered. These witnesses are further expected to testify that in reasonable probability Plaintiff's injuries were proximately caused by, or as a result of, the incident made the basis of this lawsuit. These witnesses are of the opinion that the medical bills and expenses incurred by Plaintiff were reasonable and necessary. These witnesses are of the opinion that Plaintiff will require additional and future treatment which will be necessary as a result of the incident made the basis of this lawsuit. To the extent it is applicable, these witnesses will give opinion testimony concerning the reasonableness for future medical treatment.

1. Any and all Doctors, Nurses, Agents, Employees, Representatives and Custodian(s) of Records
   **Heights Emergency Room**
   101 Nortj Loop, Suite 300
   Houston, TX 77018
   (281) 560-4373
   *Medical Provider for Plaintiff*

2. Any and all Doctors, Nurses, Agents, Employees, Representatives and Custodian(s) of Records
   **ProHealth Medicine**
   12435 Beechnut Street, Suite 105
   Houston, TX 77072
   (281) 501-0787
   *Medical Provider for Plaintiff*

3. Any and all Doctors, Nurses, Agents, Employees, Representatives and Custodian(s) of Records
   **Radiant Dermatology & Aesthetics**
   22659 Hwy 59, Suite 140
   Kingwood, TX 77339
   (281) 973-2359
   *Medical Provider for Plaintiff*

4. Any and all Doctors, Nurses, Agents, Employees, Representatives and Custodian(s) of Records
   **Buczek and Kobza, PLLC**
   101 Vision Park Blvd
   Conroe TX 77384
   (281) 973-2359
   *Medical Provider for Plaintiff*

5. Any and all Doctors, Nurses, Agents, Employees, Representatives and Custodian(s) of Records
   **Apothecary 360 Pharmacy**,
   101 Southwestern Boulevard, Suite 120
   Sugar Land, TX 77478
   (281) 915-2448
   *Medical Provider for Plaintiff*

Respectfully submitted,

**BIVONA LAW PLLC**

/s/ Andrew Bivona
Andrew Bivona
State Bar Number: 24092138
Federal ID Number: 2979941
1415 Louisiana Street
29th Floor
Houston, Texas 77002
Ph.: 713-672-1235
Fax: 713-742-2041
drew@bivonalaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of February 2023, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing document has been delivered to all counsel of record via electronic service.

Gayla Corley
Mehaffy Weber, P.C.
One Allen Center
500 Dallas, TX Suite2800
Houston, TX 77002
Telephone: (713) 655-1200
Facsimile: (713) 655-0222
gaylacorley@mehaffyweber.com
***Attorney for Defendant***

/s/ Andrew Bivona
Andrew Bivona