**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **COLLEEN SCHOENLEIN,** | § | |
| *Plaintiff* | § | |
| | § | **CIVIL ACTION NO. 4:22-cv-01399** |
| **v.** | § | |
| | § | **JUDGE CHARLES ESKRIDGE** |
| | § | |
| **STARBUCKS CORPORATION D/B/A** | § | |
| **STARBUCKS COFFEE COMPANY** | § | |
| *Defendant* | § | |

**DEFENDANT, STARBUCKS CORPORATION'S, DISCLOSURE OF EXPERT**
**TESTIMONY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)**

Now comes Defendant, Starbucks Corporation, and makes the following disclosures of

expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and this court's Scheduling

Order of May 18, 2022 [D.E. 6]:

**I.**

Starbucks has not retained or specially employed any expert(s) to testify at the trial of this

matter.

**II.**

While expressly reserving the right to file *Daubert* motions, question any or all of the

witnesses on *voir dire* examination or otherwise challenge their credentials to offer expert

testimony in this cause, Starbucks may call one or more of the following non-retained expert

witnesses and/or their custodian(s) of records in their case in chief, either live or by deposition.

The following have not identified by Plaintiff but are not retained by, employed by, or otherwise

subject to the control of Starbucks:

Apothecary 360 Pharmacy,
101 Southwestern Boulevard, Suite 120
Sugar Land, Texas 77478
(281) 915-2448
Anticipated area of testimony:  Plaintiff's medical care/treatment

200999_1

-2-

Buczek, Ronald, D.O.
c/o UMMC Physicians Group, PLLC
509 West Tidwell Street
Houston, Texas 77091
-and-
Buczek and Kobza, PLLC
101 Vision Park Boulevard
Conroe Texas 77384
(281) 973-2359
Anticipated area of testimony:  Plaintiff's medical care/treatment

Buczek and Kobza, PLLC
101 Vision Park Boulevard
Conroe Texas 77384
(281) 973-2359
Anticipated area of testimony:  Plaintiff's medical care/treatment

Garrow, Kyle, R.N.
c/o Heights Emergency Room
101 North Loop, Suite 300
Houston, Texas 77018
(281) 560-4373
*Medical Provider for Plaintiff*

Heights Emergency Room [All Departments]
101 North Loop, Suite 300
Houston, Texas 77018
(281) 560-4373
Anticipated area of testimony:  Plaintiff's medical care/treatment

Ngo, Sarah, MPAS, PA-C
c/o ProHealth Medicine
12435 Beechnut Street, Suite 105
Houston, Texas 77072
(281) 501-0787
Anticipated area of testimony:  Plaintiff's medical care/treatment

ProHealth Medicine
12435 Beechnut Street, Suite 105
Houston, Texas 77072
(281) 501-0787
Anticipated area of testimony:  Plaintiff's medical care/treatment

Radiant Dermatology & Aesthetics
22659 Hwy 59, Suite 140
Kingwood, Texas 77339
(281) 973-2359
Anticipated area of testimony:  Plaintiff's medical care/treatment

-3-

Sok, Rithy, M.D.
c/o Heights Emergency Room
101 North Loop, Suite 300
Houston, Texas 77018
(281) 560-4373
Anticipated area of testimony:  Plaintiff's medical care/treatment

### III.

Starbucks reserves the right to supplement this designation with additional designations

of experts within the time limits imposed by the court or any alterations of same by subsequent

court order, or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Civil

Evidence.

### IV.

Starbucks reserves the right to elicit, by way of cross-examination, opinion testimony

from any expert(s) Plaintiff may be allowed to call at the time of trial. Specifically, Starbucks

expresses its intention to potentially call, as witnesses associated with adverse parties, any of

Plaintiff's agents, servants, representatives or medical providers should same be necessary at the

time of trial.

### V.

Starbucks reserves the right to call undesignated rebuttal expert witnesses, whose

testimony cannot reasonably be foreseen until the presentation of the evidence.

### VI.

Starbucks reserves the right to elicit any expert opinion or lay opinion testimony at the

time of trial which would be truthful, which would be of benefit to the fact finder in determining

material issues of fact, and which would not be violative of any existing court Order or the

Federal Rules of Civil Procedure.

## VII.

Starbucks reserves whatever additional rights that might exist with regard to expert witnesses, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the case law construing same, and the rulings of this court.

Respectfully submitted,

**MEHAFFYWEBER, P.C.**
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone:(713) 655-1200
Facsimile: (713) 655-0222
Email: gaylacorley@mehaffyweber.com

By: _____*/s/ Gayla Corley*_____
**GAYLA CORLEY**
State Bar No. 00790505
Southern District ID No. 20181
**ATTORNEYS FOR DEFENDANT,
STARBUCKS CORPORATION D/B/A
STARBUCKS COFFEE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was served via CM/ECF on the following counsel of record on this the 16th day of March, 2022 in accordance with the Federal Rules of Civil Procedure:

Mr. Andrew M. Bivona
**BIVONA LAW PLLC**
1415 Louisiana, 29th Floor
Houston, Texas 77002

_____*/s/ Gayla Corley*_____
**GAYLA CORLEY**